UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>  Plaintiff,<br><br> v.<br><br>SCOTT JONES, et al.,<br><br>  Defendants. | No. 2:18-cv-02581-CKD-P<br><br><br>ORDER |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 2, 2019 plaintiff filed a motion for law library access while an inmate at the Sacramento County Main Jail. ECF No. 17. However, plaintiff subsequently filed a notice of change of address to Coalinga State Hospital. ECF No. 19. Plaintiff's transfer renders his motion for law library access moot.

Also pending before the court is plaintiff's motion for summary judgment filed on July 15, 2019. ECF No. 16. Plaintiff's complaint was ordered served on defendant Jones on June 26, 2019. ECF No. 13. Therefore, plaintiff's motion for summary judgment is premature at this stage of the case. The court will deny the motion without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for law library access (ECF No. 17) is denied as moot; and,

/////

1

2. Plaintiff's motion for summary judgment (ECF No. 16) is denied without prejudice as premature.

Dated: August 19, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/koch2581.lawlibrary.docx