UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROLAND THOMAS KOCH,

    Plaintiff,

v.

SCOTT JONES, et al.,

    Defendants.

No. 2:18-cv-2581 CKD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Roland Thomas Koch, ID# 1188-2, a necessary and material witness in a settlement conference in this case on September 22, 2020, is detained in Coalinga State Hospital (CSH), in the custody of the Executive Director. In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Deborah Barnes, **by video conference** from his place of detention, to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Tuesday, September 22, 2020 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above, **by video conference**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at CSH, (559) 935-4308.

4. **Defense counsel shall verify the 1) availability of; and, 2) access to video conferencing equipment by plaintiff at Coalinga State Hospital a minimum of 48 hours before the scheduled settlement conference and shall report any problems to the court by contacting Pete Buzo, Courtroom Deputy, at (916) 930-4128.** Any party who experiences any problems connecting to or participating in the video conference during the settlement shall immediately contact Mr. Buzo at the same phone number.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to testify before Judge Barnes at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

Dated:  May 26, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/koch2581.writ.docx